UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
**BEFORE THE HONORABLE BARBARA S. EVANS**

CRIMINAL CLERK'S MINUTES at Roswell

CASE NUMBER: **25-MJ-3364** DATE: **8/25/2025** TAPE NUMBER: **LCR-ROSWELL**

CLERK**: KENDRA MATHISON**

TYPE OF HEARING: **INITIAL PRESENTMENT**

| DEFENDANT(S): | ATTORNEY(S): | Appt'd. | Ret'd. |
|---|---|---|---|
| **Christopher Ortega** | AUSA: Silvia Delgado<br>FPD: Amanda Skinner | ☐ | ☐ |

Interpreter: - N/A
Pretrial Officer present: Francesca Watley
Court in Session: **2:15 PM to 2:30 PM (30 MINS)**

☒ Defendant was given/read a copy of charging document

☐ Agent sworn in OPEN COURT

☒ Court questions Defendant regarding his/her physical and mental conditions, address, DOB, education

☒ Court advises defendant(s) of possible penalties

☒ Court advises defendant(s) of all constitutional rights

☒ ORAL Motion for detention Hearing by Government

☐ Court grants Government's ☐ Defense ☐ oral motion to continue detention hearing

☐ Waiver of preliminary hearing & right to grand jury presentment filed in open court
☒ Defendant(s) in custody
☐ Defendant(s) detained without bond as: Risk of Flight ☐ Danger to Community ☐
☐ Conditions of Release set at:

☒ Pursuant to the Due Process Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 US 83(1963) and its progeny, and orders it to do so.

☒ Other**: PRELIMINARY/DETENTION HEARING IN LAS CRUCES, ON THURSDAY, AUGUST 28, 2025 AT 9:00 AM, BEFORE JUDGE RITTER**